# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HACHIMAN, LLC, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-2784-APG-GWF<br><br>**ORDER** |

　　　Based on the plaintiff's response (ECF No. 8) to the Order to Show Cause and the allegations in the amended complaint (ECF No. 7), it appears that the court can exercise diversity jurisdiction over this case.  The Order to Show Cause (ECF No. 6) is deemed satisfied and the case will not be dismissed at this time.  The plaintiff remains responsible to prove jurisdiction with sufficient proof prior to entry of a judgment.

　　　DATED this 19th day of December, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE