# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HACHIMAN, LLC, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 2:16-cv-02784-APG-GWF <br><br> **ORDER** |

This matter is before the Court on the parties' Joint Discovery Plan and Scheduling Order with Request to Assign this Matter for Settlement Conference (ECF No. 27), filed on February 22, 2017. Upon review, the Court will adopt the 180 day discovery plan proposed by the parties. However, the Court denies, without prejudice, the parties' request for a settlement conference before Magistrate Judge Peggy Leen. The court does not generally permit parties to conduct a settlement conference with a magistrate judge other than the one assigned to the case. If, however, the parties can demonstrate good cause why a settlement conference should be conducted by Judge Leen, they may refile their request. The granting of any such request would be subject to Judge Leen's consent to conduct the settlement conference. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Discovery Plan and Scheduling Order with Request to Assign this Matter for Settlement Conference (ECF No. 27) is **granted**, in part, and **denied**, in part. The parties' request for a settlement conference before Judge Leen is **denied** without prejudice. However, the Court will adopt the parties 180 day discovery plan and the following dates shall apply:

1. Last date to complete discovery: **July 31, 2017**
2. Last date to amend pleadings and add parties: **May 2, 2017**

3. Last date to file interim status report: **June 1, 2017**

4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **June 1, 2017**

5. Last date to disclose rebuttal experts: **July 3, 2017**

6. Last date to file dispositive motions: **August 30, 2017**

7. Last date to file joint pretrial order: **September 29, 2017**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

**IT IS FURTHER ORDERED** the disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

**IT IS FURTHER ORDERED** applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than twenty-one (21) days before the expiration of the subject deadline, and shall fully comply with the requirements of LR 26-4.  The Court reserves the right to conduct a status conference for any application to extend the discovery cutoff.

DATED this 23rd day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge