JOHN C. COURTNEY, ESQ.
Nevada Bar No. 11092
**LBC LAW GROUP**
3125 W. Charleston Blvd., Ste. 120
Las Vegas, Nevada 89102
Ph.: (702) 608-3030
Fax: (702) 463-4443
Info@LBCLawgroup.com
*Attorneys for Defendants Derek Fesolai
and Alexander Potasi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation;<br><br>Plaintiff,<br><br>v.<br><br>HACHIMAN, LLC dba PALOMINO CLUB and LACY'S, a Nevada limited liability company; PALOMINO CLUB, LLC dba PALMONIO CLUB, a Nevada limited liability company; LACY'S, LLC dba LACY'S, a Nevada limited liability company; ADAM GENTILE, an individual; CRAIG PARKS, an individual; DEREK FESOLAI, an individual; ALEXANDER POTASI, an individual; JOHNARO LAIRD, an individual; MARINA LAIRD, an individual; DOE INDIVIDUALS I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02784-APG-GWF |

**STIPULATION AND ORDER TO WAIVE PERSONAL APPEARANCE REQUIREMENT AT SETTLEMENT CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff UNITED SPECIALTY INSURANCE COMPANY ("Plaintiff") and Defendants HACHIMAN, LLC dba PALOMINO CLUB and LACY'S, PALOMINO CLUB, LLC dba PALMONIO CLUB, LACY'S,

LLC dba LACY'S, ADAM GENTILE, CRAIG PARKS, DERECK FESOLAI, ALEXANDER POTASI, JOHNARO LAIRD, and MARINA LAIRD, by and through their respective undersigned counsel, that Defendant Dereck Fesolai ("Fesolai") be excused from personal appearance at the June 1, 2017 settlement conference so long as counsel for Fesolai obtain from Fesolai full authority, in writing, to settle this matter.

DATED this 3rd day of May, 2017.

LBC LAW GROUP

By: /s/ John C. Courtney, Esq.
JOHN C. COURTNEY, ESQ.
3215 W. Charleston Blvd., Ste. 120
Las Vegas, NV 89102
*Attorneys for Defendants*
*Alexander Potasi and Dereck Fesolai*

DATED this 3rd day of May, 2017.

SANTORO WHITMIRE

By: /s/ James E. Whitmire, Esq.
JAMES E. WHITMIRE, ESQ.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
*Attorneys for Defendants,*
*HACHIMAN, LLC dba PALOMINO CLUB, LLC,*
*LACY'S LLC dba LACY'S, ADAM GENTILE,*
*and CRAIG PARKS*

DATED this 3rd day of May, 2017.

JENNINGS & FULTON, LTD.

By: /s/ Adam Fulton, Esq.
ADAM FULTON, ESQ.
6465 W. Sahara Ave., Suite 103
Las Vegas, NV 89146
*Attorneys for Defendants,*
*JOHNARO LAIRD and MARINA LAIRD*

DATED this 3rd day of May, 2017.

CHRISTIAN, KRAVITZ, DICHTER,
JOHNSON & SLUGA

By: /s/ L. Renee Green, Esq.
MARTIN J. KRAVITZ, ESQ.
L. RENEE GREEN, ESQ.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*
*UNITED SPECIALTY INSURANCE COMPANY*

**IT IS SO ORDERED.**

**DATED** this  4th  day of    May   , 201 7 .

*[signature: George Foley Jr.]*
UNITED STATES MAGISTRATE JUDGE