# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

UNITED SPECIALTY INSURANCE
COMPANY,

          Plaintiff,

    v.

HACHIMAN, LLC, et al.,

          Defendants.

Case No. 2:16-cv-02784-APG-GWF

**ORDER FOR PARTIES TO FILE
JOINT PROPOSED PRETRIAL
ORDER**

      Pursuant to the scheduling order, the proposed joint pretrial order was due 30 days after the court's ruling on dispositive motions. ECF No. 28. I granted in part plaintiff United Specialty Insurance Company's motion for summary judgment on February 15, 2018. The parties have not filed a proposed joint pretrial order on any remaining claims in this case.

      IT IS THEREFORE ORDERED that the parties shall file a proposed joint pretrial order on any remaining claims in this case on or before April 20, 2018.

      DATED this 3rd day of April, 2018.

                                 ANDREW P. GORDON
                                 UNITED STATES DISTRICT JUDGE