# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| UNITED SPECIALTY INSURANCE COMPANY, | Case No. 2:16-cv-02784-APG-GWF |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO STAY CASE FOR SIX MONTHS** |
| v. | (ECF No. 47) |
| HACHIMAN, LLC, et al., | |
| Defendants. | |

Most but not all of the parties filed a joint motion requesting that this matter be stayed for six months. ECF No. 47. No opposition was filed. The motion is supported by good cause.

IT IS THEREFORE ORDERED that the joint motion **(ECF No. 47) is granted**. This case is stayed until October 22, 2018. The parties shall file a status report by August 16, 2018.

DATED this 7th day of May, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE