JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702/948-8771
Facsimile:    702/948-8773

*Attorney for Defendants Hachiman, LLC dba Palomino Club and Lacy's, PalominoClub, LLC dba Palomino Club, Lacy's LLC, Adam Gentile and Craig Parks*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>HACHIMAN, LLC dba PALOMINO CLUB and LACY'S, a Nevada limited liability company; PALOMINO CLUB, LLC dba Palomino Club, a Nevada limited liability company; LACY'S LLC dba LACY'S, a Nevada limited liability company; ADAM GENTILE, an individual; CRAIG PARKS, an individual; DEREK FESOLAI, an individual; ALEXANDER POTASI, an individual; JOHNARO LAIRD, an individual; MARINA LAIRD, an individual; DOE INDIVIDUALS I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 2:16-cv-02784-APG-GWF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S RENEWED AND SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

United Specialty Insurance Company ("Plaintiff") and Hachiman, LLC dba Palomino Club and Lacy's, Palomino Club, LLC dba Palomino Club, Lacy's LLC, Adam Gentile, and Craig Parks ("Defendants") state the following:

1. Plaintiff United Specialty Insurance Company filed a Renewed and Supplemental Motion for Summary Judgment (ECF No. 51) ("Motion") on April 23, 2019.

2. The current deadline for Defendants to file their Response to the Motion is May 14, 2019.

3. The one week extension is sought to respond to the Motion in good faith and not for purposes of undue delay. An extension is sought given workload related matters involving counsel for Defendants.

4. The parties agree that Defendants will have up to and including **May 21, 2019** to file a Response.

**IT IS SO AGREED AND STIPULATED:**

| CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC | SANTORO WHITMIRE |
|---|---|
| */s/ L. Renee Green* | */s/ James E. Whitmire* |
| Martin J. Kravitz, Esq. | James E. Whitmire, Esq. |
| Nevada State Bar No. 83 | Nevada State Bar No. 6533 |
| L. Renee Green, Esq. | 10100 W. Charleston Blvd., Suite 250 |
| Nevada State Bar No. 12755 | Las Vegas, NV 89135 |
| 8985 S. Eastern Avenue, Suite 200 | Phone No.: (702) 948-8771 |
| Las Vegas, NV 89123 | E-mail: jwhitmire@santoronevada.com |
| Phone: (702) 362-6666 | |
| Fax: (702) 992-1000 | *Attorney for Defendants Hachiman, LLC dba Palomino Club and Lacy's, PalominoClub, LLC dba Palomino Club, Lacy's LLC, Adam Gentile and Craig Parks* |
| Email: mkravitz@ksjattorneys.com rgreen@ksjattorneys.com | |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 13, 2019.