Martin J. Kravitz
Nevada Bar No. 83
L. Renee Green, Esq.
Nevada Bar No. 12755
E-Mail: mkravitz@kssattorneys.com
CHRISTIAN, KRAVITZ, DICHTER,
JOHNSON & SLUGA, LLC
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702.362.6666
Facsimile: 702.992.1000
*Attorneys for Plaintiff,*
*UNITED SPECIALTY*
*INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation;<br><br>Plaintiff,<br><br>vs.<br><br>HACHIMAN, LLC dba PALOMINO CLUB, LLC, a Nevada limited liability company; LACY'S, LLC dba LACY'S, a Nevada limited liability company; DEREK FESOLAI, an individual; ALEXANDER POTASI, an individual; JOHNARO LAIRD, an individual; MARINA LAIRD, an individual; DOE INDIVIDUALS I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02784-APG-GWF |

**STIPULATION TO EXTEND TIME TO FILE A REPLY TO DEFENDANTS' RESPONSE TO UNITED'S RENEWED MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)**

Plaintiff, UNITED SPECIALTY INSURANCE COMPANY ("United"), by and through its counsel of record, CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC and Defendants HACHIMAN, LLC dba PALOMINO CLUB and LACY'S, PALOMINO CLUB, LLC dba PALOMINO CLUB, LACY'S, LLC dba LACY'S, ADAM GENTILE, and CRAIG PARKS, by and through their counsel of record, James E. Whitmire, Esq. of SANTORO WHITMIRE, stipulate to continue the due date for United to file a Reply to Defendants'

CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

1

Response to United's Renewed Motion for Summary Judgment as follows:

1. Plaintiff united filed a Renewed and Supplemental Motion for Summary Judgment on April 23, 2019. ECF No. 51.

2. After granting an extension, Defendants filed a Response to United's Renewed Motion for Summary Judgment on May 21, 2019. ECF No. 56.

3. The current due date for United to file a Reply to Defendants' Response to United's Renewed Motion for Summary Judgment is June 4, 2019.

4. United requests a one week extension to file a Reply in good faith and not for the purposes of undue delay as additional time is needed to prepare a Reply to Defendants' Response.

5. The parties agree that United has up to and including June 11, 2019 to file a Reply.

IT IS SO AGREED AND STIPULATED.


CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA

/s/ L. Renee Green, Esq.
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
*Attorneys for Plaintiff,*
*UNITED SPECIALTY*
*INSURANCE COMPANY*

SANTORO WHITMIRE

/s/ James E. Whitmire, Esq.
James E. Whitmire, Esq.
Nevada Bar No. 6533
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
*Attorneys for Defendants,*
*HACHIMAN, LLC dba PALOMINO CLUB,*
*LLC, LACY'S, LLC dba LACY'S, ADAM*
*GENTILE and CRAIG PARKS*


**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: May 31, 2019.