JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:  702/948-8771
Facsimile:  702/948-8773

*Attorney for Defendants Hachiman, LLC dba Palomino Club and Lacy's, PalominoClub, LLC dba Palomino Club, Lacy's LLC, Adam Gentile and Craig Parks*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HACHIMAN, LLC dba PALOMINO CLUB and LACY'S, a Nevada limited liability company; PALOMINO CLUB, LLC dba Palomino Club, a Nevada limited liability company; LACY'S LLC dba LACY'S, a Nevada limited liability company; ADAM GENTILE, an individual; CRAIG PARKS, an individual; DEREK FESOLAI, an individual; ALEXANDER POTASI, an individual; DOE INDIVIDUALS I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02784-APG-EJY<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR FURTHER RELIEF OR, IN THE ALTERNATIVE, TO AMEND THE JUDGMENT**<br><br>**(First Request)** |

United Specialty Insurance Company ("Plaintiff") and Hachiman, LLC dba Palomino Club and Lacy's, Palomino Club, LLC dba Palomino Club, Lacy's LLC, Adam Gentile, and Craig Parks ("Defendants") state the following:

1.  Plaintiff United Specialty Insurance Company filed its Motion for Further Relief or, in the Alternative, to Amend the Judgment (ECF No. 79) ("Motion") on January 31, 2020.

2. The current deadline for Defendants to file their Response to the Motion is February 14, 2020.

3. A ten-day extension is sought to respond to the Motion in good faith and not for purposes of undue delay. An extension is sought given that counsel for Defendants' counsel is departing Las Vegas to attend to an out of state family matter involving his elderly parents in the Midwest, together with ancillary workload matters.

4. The parties agree that Defendants will have up to and including **February 24, 2020** to file a Response.

**IT IS SO AGREED AND STIPULATED:**

| CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC | SANTORO WHITMIRE |
|---|---|
| */s/ L. Renee Green* <br> Martin J. Kravitz, Esq. <br> Nevada State Bar No. 83 <br> L. Renee Green, Esq. <br> Nevada State Bar No. 12755 <br> 8985 S. Eastern Avenue, Suite 200 <br> Las Vegas, NV 89123 <br> Phone: (702) 362-6666 <br> Fax: (702) 992-1000 <br> Email: mkravitz@ksjattorneys.com <br> rgreen@ksjattorneys.com <br><br> *Attorneys for Plaintiff* | */s/ James E. Whitmire* <br> James E. Whitmire, Esq. <br> Nevada State Bar No. 6533 <br> 10100 W. Charleston Blvd., Suite 250 <br> Las Vegas, NV 89135 <br> Phone No.: (702) 948-8771 <br> E-mail: jwhitmire@santoronevada.com <br><br> *Attorney for Defendants Hachiman, LLC dba Palomino Club and Lacy's, PalominoClub, LLC dba Palomino Club, Lacy's LLC, Adam Gentile and Craig Parks* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 12, 2020.