Martin J. Kravitz
Nevada Bar No. 83
L. Renee Green, Esq.
Nevada Bar No. 12755
E-Mail: mkravitz@kssattorneys.com
CHRISTIAN, KRAVITZ, DICHTER,
JOHNSON & SLUGA, LLC
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702.362.6666
Facsimile: 702.992.1000
*Attorneys for Plaintiff,*
*UNITED SPECIALTY*
*INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation;<br><br>Plaintiff,<br><br>vs.<br><br>HACHIMAN, LLC dba PALOMINO CLUB and LACY'S, a Nevada limited liability company; PALOMINO CLUB, LLC dba Palomino Club, a Nevada limited liability company; LACY'S, LLC dba LACY'S, a Nevada limited liability company; ADAM GENTILE, an individual; CRAIG PARKS, an individual; DEREK FESOLAI, an individual; ALEXANDER POTASI, an individual; JOHNARO LAIRD, an individual; MARINA LAIRD, an individual; DOE INDIVIDUALS I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02784-APG-EJY<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR PLAINTIFF TO FILE ITS REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR FURTHER RELIEF OR, IN THE ALTERNATIVE, TO AMEND THE JUDGMENT**<br><br>**(FIRST REQUEST)** |

United Specialty Insurance Company ("Plaintiff") and Hachiman, LLC dba Palomino Club and Lacy's, Palomino Club, LLC dba Palomino Club, Lacy's LLC, Adam Gentile, and Craig Parks ("Defendants") state the following:

1. Plaintiff United Specialty Insurance Company filed its Motion for Further Relief or, in the Alternative, to Amend the Judgment (ECF No. 79) ("Motion") on January 31, 2020.

2. After granting an extension, Defendants filed their Response to the Motion on February 24, 2020.

1

3. The current deadline for Plaintiff to file its Reply to Defendants' Response to the Motion is March 2, 2020.

4. A fourteen-day extension is sought to respond to the Motion in good faith and not for purposes of undue delay. An extension is sought to accommodate additional time for United to fully address all issues presented and for other workload matters.

5. The parties agree that Plaintiff will have up to and including **March 16, 2020** to file a Reply.

**IT IS SO AGREED AND STIPULATED:**

| KRAVITZ, SCHNITZER & JOHNSON | SANTORO WHITMIRE |
|---|---|
| */s/ L. Renee Green, Esq.* | */s/ James E. Whitmire, Esq.* |

Martin J. Kravitz, Esq.
Nevada State Bar No. 83
L. Renee Green, Esq.
Nevada State Bar No. 12755
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Phone: (702) 362-6666
Fax: (702) 992-1000
Email: mkravitz@ksjattorneys.com
   rgreen@ksjattorneys.com

*Attorneys for Plaintiff*

James E. Whitmire, Esq.
Nevada State Bar No. 6533
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel: 702.948.8771
E-mail: jwhitmire@santoronevada.com

*Attorney for Defendants Hachiman, LLC dba Palomino Club and Lacy's, Palomino Club, LLC dba Palomino Club, Lacy's LLC, Adam Gentile and Craig Parks*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 26, 2020.