JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone: 702/948-8771
Facsimile: 702/948-8773

*Attorney for Defendants Hachiman, LLC dba Palomino Club and Lacy's, PalominoClub, LLC dba Palomino Club, Lacy's LLC, Adam Gentile and Craig Parks*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HACHIMAN, LLC dba PALOMINO CLUB and LACY'S, a Nevada limited liability company; PALOMINO CLUB, LLC dba Palomino Club, a Nevada limited liability company; LACY'S LLC dba LACY'S, a Nevada limited liability company; ADAM GENTILE, an individual; CRAIG PARKS, an individual; DEREK FESOLAI, an individual; ALEXANDER POTASI, an individual; DOE INDIVIDUALS I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02784-APG-EJY<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE REPLY TO RESPONSE TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FED. R. CIV. P. 59 AND MOTION FOR RELIEF FROM A JUDGMENT OR ORDER PURSUANT TO FED. R. CIV. P. 60**<br><br>**(First Request)** |

United Specialty Insurance Company ("Plaintiff") and Hachiman, LLC dba Palomino Club and Lacy's, Palomino Club, LLC dba Palomino Club, Lacy's LLC, Adam Gentile, and Craig Parks ("Defendants") state the following:

1. Defendants filed their Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59 and Motion for Relief from a Judgment or Order Pursuant to Fed. R. Civ. P. 60 (ECF

Nos. 82 and 83) ("Motion") on February 6, 2020.

2. Plaintiff filed a Response to the Motion on February 20, 2020.

3. The current deadline for Defendants to file their Reply in connection with the Motion is February 27, 2020.

4. A seven-day extension is sought to file a Reply in good faith and not for purposes of undue delay. An extension is sought given workload and other matters.

5. The parties agree that Defendants will have up to and including **March 5, 2020** to file a Reply.

**IT IS SO AGREED AND STIPULATED:**

| CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC | SANTORO WHITMIRE |
|---|---|
| */s/ L. Renee Green* | */s/ James E. Whitmire* |
| Martin J. Kravitz, Esq. | James E. Whitmire, Esq. |
| Nevada State Bar No. 83 | Nevada State Bar No. 6533 |
| L. Renee Green, Esq. | 10100 W. Charleston Blvd., Suite 250 |
| Nevada State Bar No. 12755 | Las Vegas, NV 89135 |
| 8985 S. Eastern Ave., Suite 200 | Tel.: (702) 948-8771 |
| Las Vegas, NV 89123 | Fax: (702) 948-8773 |
| Tel.: (702) 362-6666 | Email: jwhitmire@santoronevada.com |
| Fax: (702) 992-1000 | |
| Email: mkravitz@ksjattorneys.com rgreen@ksjattorneys.com | *Attorney for Defendants Hachiman, LLC dba Palomino Club and Lacy's, PalominoClub, LLC dba Palomino Club, Lacy's LLC, Adam Gentile and Craig Parks* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 26, 2020.