# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>  Plaintiff<br><br>v.<br><br>HACHIMAN, LLC, et al.,<br><br>  Defendants | Case No.: 2:16-cv-02784-APG-EJY<br><br>**Order for Stipulation to Dismiss or Status Report** |

On May 28, 2020, the defendants advised the court that they had reached a tentative settlement and expected to finalize the settlement and file dismissal papers within two to three weeks. It has been two months and nothing has been filed.

I THEREFORE ORDER that by August 12, 2020, the parties shall file either a stipulation of dismissal or a status report. If a status report is filed it must include specific reasons why the settlement papers have not been executed and what remains to be done. The failure to timely comply with this order will result in denial of all pending motions and dismissal and closure of this case.

DATED this 29th day of July, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE