MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
mkravitz@ksjattorneys.com
rgreen@ksjattorneys.com
CHRISTIAN, KRAVITZ, DICHTER,
  JOHNSON & SLUGA
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702.362.6666
Facsimile: 702.992.1000

*Attorneys for Defendant,*
*UNITED SPECIALTY*
*INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation;<br><br>Plaintiff,<br><br>vs.<br><br>HACHIMAN, LLC dba PALOMINO CLUB and LACY'S, a Nevada limited liability company; PALOMINO CLUB, LLC dba Palomino Club, a Nevada limited liability company; LACY'S, LLC dba LACY'S, a Nevada limited liability company; ADAM GENTILE, an individual; CRAIG PARKS, an individual; DEREK FESOLAI, an individual; ALEXANDER POTASI, an individual; JOHNARO LAIRD, an individual; MARINA LAIRD, an individual; DOE INDIVIDUALS I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02784-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between the Parties remaining in this action hereto, by and through their respective counsel that this matter is dismissed with prejudice in its entirety.

/ / /

/ / /

1

All Parties agree to bear their own attorneys' fees and costs.

| | |
|---|---|
| DATED this 15th day of July, 2020 | DATED this 30th day of July, 2020. |
| CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA | BLAKESLEY COURTNEY, P.C. |
| /s/ L. Renee Green_____ | /s/ John C. Courtney_____ |
| MARTIN J. KRAVITZ, ESQ. | John C. Courtney, Esq. |
| Nevada Bar No. 83 | 3175 S. Eastern Avenue |
| L. RENEE GREEN, ESQ. | Las Vegas, Nevada 89169 |
| Nevada Bar No. 12755 | *Attorneys for Defendants,* |
| 8985 S. Eastern Ave., Suite 200 | *DEREK FESOLAI and ALEXANDER* |
| Las Vegas, Nevada 89123 | *POTASI* |
| *Attorneys for Plaintiff,* | |
| *UNITED SPECIALTY* | |
| *INSURANCE COMPANY* | |

___
DATED this_15th day of July, 2020

SANTORO WHITMIRE

/s/ James E. Whitemire_____
James E. Whitmire, Esq.
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
*Attorneys for Defendants,*
*HACHIMAN, LLC dba PALOMINO CLUB,*
*LLC, LACY'S, LLC dba LACY'S, ADAM*
*GENTILE and CRAIG PARKS*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: July 30, 2020.

Submitted By:
CHRISTIAN, KRAVITZ, DICHTER,
JOHNSON & SLUGA

/s/ L. Renee Green_____
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
*Attorneys for Plaintiff UNITED SPECIALTY INSURANCE COMPANY*